UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DONALD RICHARD SHEA, DONALD
FRANK SHEA and ELENA PECHIN
JOHNSON,

    Plaintiffs,

v.                               Case No:   6:14-cv-1330-Orl-37TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## REPORT AND RECOMMENDATION

    This matter comes before the Court on Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs, which the Court will interpret as a motion to proceed *in forma pauperis*. (Doc. 2).

    Federal courts may allow an individual to proceed *in forma paperis* if that person declares in an affidavit that he "is unable to pay [filing] fees or give security therefor." 28 U.S.C. § 1915(a)(1).   Prior to determining whether a plaintiff qualifies to proceed *in forma pauperis*, the Court has authority, pursuant to 28 U.S.C. §1915(e)(2), to review the complaint to determine whether it should be dismissed.   Under the Federal Rules of Civil Procedure, a case must be dismissed if the venue – the location where the lawsuit is proceeding – is improper.   FED. R. CIV. P. 12(b)(3).   The proper venue in a social security case is the judicial district in which the plaintiff resides or in which his principle place of business is located.   42 U.S.C. § 405(g) (sentence two); see also McNemere v. Bullock Cnty. Soc. Sec. Dep't., No. CA 01-0117-P-C, 2001 WL 303289, at *1 (S.D. Ala. Mar. 13, 2001).

On August 18, 2014, Plaintiff filed this action requesting that the district court review an adverse decision by the Commissioner of Social Security in which Plaintiff's application for social security benefits was denied. (Doc. 1). Plaintiff states that he is unemployed. (Doc. 2 at 1). He gives his address as: 719 Ridgemont Drive, Allen, Texas 75002. (Doc. 1 at 1, 10). Allen, Texas is located in the judicial district of the United States District Court for the Eastern District of Texas.[1] Thus, Plaintiff's pleadings and papers demonstrate that venue in the Middle District of Florida is improper.

Accordingly, I respectfully recommend that the district court **deny** the Motion to Proceed *In Forma Pauperis* (Doc. 2) and **transfer** this case to the United States District Court for the Eastern District of Texas.

Specific written objections to this report and recommendation may be filed in accordance with 28 U.S.C. § 636, and M.D. Fla. R. 6.02, within fourteen (14) days after service of this report and recommendation. Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual findings on appeal.

**RESPECTFULLY RECOMMENDED** at Orlando, Florida on August 20, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Presiding United States District Judge
    *Pro se* Plaintiff
    Clerk of Court, United States District Court for the Eastern District of Texas

---

[1] http://www.txed.uscourts.gov/.