UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DONALD RICHARD SHEA, DONALD
FRANK SHEA, and ELENA PECHIN
JOHNSON,

    Plaintiffs,

v.                                                      Case No. 6:14-cv-1330-Orl-37TBS

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER

On September 23, 2014, the Court dismissed Plaintiffs' complaint without prejudice, with leave to amend on or before October 21, 2014. (Doc. 7). On October 21, Plaintiff Donald Richard Shea filed a motion for a 120 day extension on the ground that he was "actively discussing [his] case with several attorneys' and needed additional time to "sort out the hiring of the attorney that will represent [him]." (Doc. 8). The Court granted the motion in part, allowing Mr. Shea 30 additional days, to November 21, 2014, to amend his complaint and application to proceed in forma pauperis. (Doc 9). On November 24, 2014, Mr. Shea filed his second Motion for Extension of Time (Doc. 10). The motion is identical to his first motion except that he added: "Please extend me more time I am working with Legal Ai [sic] I have tried as hard as I know how. I just need time everyone is so busy." Once again, he seeks 120 additional days to hire counsel.

The Court understands that Mr. Shea is homeless and it has previously referred him: (1) to the section of the Court's website entitled "Proceeding Without a

Lawyer;" and (2) the Orange County Bar Lawyer Referral Service.  The Court does not know whether Mr Shea took advantage of either resource.  Regardless, the Court will GRANT the motion IN PART.  Mr. Shea has through December 31, 2014 within to amend his complaint and his application to proceed in forma pauperis.  If he does not amend his pleadings and papers by this deadline, the Court will enter a report and recommendation that this case be dismissed without further leave to amend.

  DONE AND ORDERED in Orlando, Florida, on November 26, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

 Donald Richard Shea
 Any Counsel of Record